# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 29, 2016

## NO. 03-16-00552-CV

**The City of Luling, Appellant**

**v.**

**Guadalupe Blanco River Authority, Appellee**

**APPEAL FROM 421ST DISTRICT COURT OF CALDWELL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED AS MOOT -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on August 3, 2016. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.